Case 5:25-cv-00245   Document 22   Filed 02/04/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RAJDEEP DHANOA, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-CV-00245 |
| | § | |
| MIGUEL VERGARA, KRISTI NOEM, | § | |
| TODD M LYONS, and PAMELA | § | |
| BONDI, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. No. 21).

Respondents are **ORDERED** to file a response to the motion **by February 5, 2026, at 5:00 p.m.**

It is so **ORDERED**.

**SIGNED** on February 4, 2026.

_____
John A. Kazen
United States District Judge