United States District Court
Southern District of Texas

**ENTERED**

June 26, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RAJDEEP DHANOA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:25-CV-00245** |
| | § | |
| **MIGUEL VERGARA,** | § | |
| **MARKWAYNE MULLIN, TODD** | § | |
| **LYONS, and TODD BLANCHE,**[1] | | |
| **Respondents.** | | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), Respondents' Motion to Dismiss (Dkt. No. 14), and Petitioner's Motion for a Temporary Restraining Order (Dkt. No. 21). On May 15, 2026, Respondents filed an Advisory with the Court advising of Petitioner's removal within five days. (Dkt. No. 28).

The Court **ORDERS** Petitioner to file an advisory **by July 1, 2026**, regarding the status of Petitioner's detention and removal proceedings, and the effect of any change in circumstances on his claims.

It is so **ORDERED**.

**SIGNED** on June 25, 2026

John A. Kazen
United States District Judge

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem in this case under Federal Rule of Civil Procedure 25(d). Todd Blanche is automatically substituted for Pamela Bondi in this case under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.