United States District Court
Southern District of Texas

**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RAJDEEP DHANOA,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 5:25-CV-00245 |
| | § | |
| **MIGUEL VERGARA,** *et al.*,[1] | § | |
| Respondents. | § | |
| | § | |

## ORDER

Before the Court is Petitioner's Advisory Regarding Change in Circumstances, (Dkt. No. 30), and Respondents' Advisory on Petitioner's Removal Status, (Dkt. No. 28). The Court requests a status from the parties on whether final judgment should be entered as Petitioner is no longer detained.

Accordingly, the Court **ORDERS** the parties to confer and file a joint advisory **by July 16, 2026,** addressing the status of any remaining claims and stating each party's position on the entry of final judgment.

It is so **ORDERED**.

**SIGNED** on July 9, 2026.

_____
John A. Kazen
United States District Judge

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem in this case under Federal Rule of Civil Procedure 25(d). Todd Blanche is substituted for Pamela Bondi, and David Venturella is substituted for Todd Lyons under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.